Kirstin Aki Story, Mary Ellen Simonson, Lewis & Roca LLP, Phoenix, AZ, for Defendant–Appellee.

Before: SCHROEDER, PREGERSON, and LEAVY, Circuit Judges.

MEMORANDUM **

Wayne Coleman appeals pro se from the district court's judgment dismissing his action alleging a violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 et seq. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a dismissal for failure to state a claim, *Sosa v. DIRECTV, Inc.,* 437 F.3d 923, 927 (9th Cir.2006), and we affirm.

The district court did not err by dismissing Coleman's amended complaint without leave to amend because Coleman pled that the remedy he seeks is limited to a monetary award and that he does not want injunctive relief. *See Wander v. Kaus,* 304 F.3d 856, 858 (9th Cir.2002) ("Damages are not recoverable under Title III of the ADA—only injunctive relief is available for violations of Title III").

We assume that the district court declined to exercise supplemental jurisdiction over any claim that Coleman may have sought to allege under Arizona law, and we therefore construe the dismissal of any such claim to have been without prejudice. *See Gini v. Las Vegas Metro. Police Dep't,* 40 F.3d 1041, 1046 (9th Cir.1994) ("When . . . the court dismisses the federal claim leaving only state claims for resolution, the court should decline jurisdiction over the state claims and dismiss them without prejudice.") (citation and internal quotation marks omitted).

We do not consider documents or facts raised for the first time on appeal. *See United States v. Elias,* 921 F.2d 870, 874 (9th Cir.1990) ("Documents or facts not presented to the district court are not part of the record on appeal.")

**AFFIRMED.**

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Dennis J. SITTMAN, Defendant— Appellant.**

**No. 09–10302.**

United States Court of Appeals, Ninth Circuit.

Submitted March 16, 2010.*

Filed March 31, 2010.

Tracy A. Hino, Assistant U.S., Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Jack Schweigert, Jack Schweigert, PLC, Honolulu, HI, for Defendant–Appellant.

---

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Dennis J. Sittman appeals from the district court's judgment revoking a previous term of supervised release and imposing a term of imprisonment and a new term of supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Sittman contends that the district court procedurally erred by failing to explain its reasons for imposing another term of supervised release and contends that the new term of supervised release is substantively unreasonable. The record reflects that the district court did not procedurally err, and the sentence is not substantively unreasonable in light of the totality of the circumstances and the factors set forth in 18 U.S.C. § 3553(a). *See Gall v. United States,* 552 U.S. 38, 49–51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *United States v. Carty,* 520 F.3d 984, 992–93 (9th Cir.2008) (en banc); *United States v. Miqbel,* 444 F.3d 1173, 1181–82 (9th Cir.2006).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).